UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET SHEPHERD, )
                Plaintiff, )
                 ) No. 1:22-cv-734
-v- )
                 ) Honorable Paul L. Maloney
CANCER AND HEMATOLOGY CENTERS )
OF WESTERN MICHIGAN, P.C., )
                Defendant. )
                 )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 28, 2023                                               /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge